UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:18-CR-464 |
| | § | |
| ALFA ELIZABETH MENDOZA-GARCIA | § | |

### ORDER GRANTING MOTION FOR CONTINUANCE

Pending is Defendant ALFA ELIZABETH MENDOZA-GARCIA's motion for continuance. (D.E. 22). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned magistrate judge for disposition. The Government is unopposed to the motion. The defendant moves for a continuance because the defendant faces deportation if convicted and is investigating a potential claim to U.S. Citizenship. Defendant was only recently able to consult with an immigration attorney.

The Court has considered the unopposed motion for continuance and finds that this motion should be **GRANTED**.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Taking into account the exercise of due diligence, failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation.

It is further ORDERED that this case is set before U.S. District Judge Nelva Gonzales Ramos for a Final Pretrial Conference on **September 28, 2018 at 9:00 a.m.** and Jury Selection and Trial on **October 9, 2018 at 9:00 a.m.**

Any further motion for continuance must be filed seven days before the final pretrial conference. Leave of court must be obtained before filing any other type of motion as the deadline to file motions has expired.

ORDERED this 29th day of August, 2018.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge